UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re:  Natasha Rena McGee                                    Case No.: 12-51219-FJS
        SSN:    ***-**-6438                                   Chapter 13
        Debtor

Virginia Housing Development Authority
        Plaintiff
v.

Natasha Rena McGee and
R. Clinton Stackhouse, Jr., Trustee
        Defendants

NOTICE OF MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION

Virginia Housing Development Authority has filed papers with the Court to Redact the attachment to Docket Entry Numbers 36.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want the court to consider your views, then on or before May 13, 2013 you or your attorney must file with the court a written response, an answer, explaining your position. Mail the response to Clerk, U. S. Bankruptcy Court, 600 Granby Street, Room 400, Norfolk, Virginia 23510. If you mail your response, you must mail it early enough so the court will receive it on or before May 13, 2013. You must also mail this office a copy, to the address at the bottom of this page.

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion to redact and may enter an order granting that relief.

                                            Virginia Housing Development Authority

                                            By _____
                                                        Of Counsel

DATED: April 29, 2013
Cecil G. Moore, Esquire (State Bar #6849)
710 Denbigh Boulevard, Ste. 6C
Newport News, Virginia 23608
(757) 877-0255
Email: cecilgmoore@verizon.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re:   Natasha Rena McGee                                  Case No.: 12-51219-FJS
         SSN:   ***-**-6438                                  Chapter 13

         Debtor

### MOTION TO REDACT

COMES NOW, Virginia Housing Development Authority, represented by Counsel, who moves to redact the attachment with the Motion for Relief filed on March 25, 2013 as Docket Entry #36, for the following reasons:

Plaintiff filed the attachment into the record in error in that the document contains personal identifying information that was not redacted. Plaintiff has attached a proposed redacted document for attachment to the Motion to be filed into the record in place of the previously filed document.

Accordingly, Plaintiff prays that the Court enter an order directing the Clerk of Court to substitute the proposed attached redacted document for the one currently in the record.

Respectfully submitted

By_____
Of Counsel

April 29, 2013
Cecil G. Moore, Esquire (State Bar #6849)
710 Denbigh Boulevard, Ste. 6C
Newport News, Virginia  23608
(757) 877-0255
Email:  cecilgmoore@verizon.net

CERTIFICATION OF SERVICE

I certify that on April 29, 2013, a true copy of the foregoing Motion to Redact with Notice of Motion to Redact attached was served on the following by U.S. Mail, postage prepaid.

Natasha Rena McGee
458 Wyn Drive
Newport News, VA 23608

Steve C. Taylor, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Blvd., Ste. 101
Suffolk, VA 23435

_____
Cecil G. Moore, Attorney

Cecil G. Moore, Esquire (State Bar #6849)
710 Denbigh Boulevard, Ste. 6C
Newport News, Virginia 23608
(757) 877-0255
Email: cecilgmoore@verizon.net