UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re:   Natasha Rena McGee                                 Case No.:  12-51219-FJS
SSN:   ***-**-6438                                          Chapter 13

          Debtor

## ORDER GRANTING MOTION OF VIRGINIA HOUSING DEVELOPMENT AUTHORITY FOR PROTECTIVE ORDER TO RESTRICT PUBLIC ACCESS TO CONSUMER INFORMATION PURSUANT TO 11 U.S.C. § 107 AND BANKRUPTCY RULE 9037

THIS MATTER came before the Court on the Motion of Virginia Housing Development Authority for Entry of a Protective Order to Restrict Public Access to Consumer Information Pursuant to 11 U.S.C. § 107 and Bankruptcy Rule 9037 filed as Exhibits with Docket Entry #36.

The Court, having considered the Motion which was filed in this case by Virginia Housing Development Authority, finds that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), that proper notice of the Motion have been provided, that no further notice need be provided.

It is therefore ORDERED that all public access on the Court's electronic filing system to the exhibits with the Motion for Relief filed as Docket Entry #36 are hereby restricted by the Court.

It is further ORDERED that Virginia Housing Development Authority, by service of this Order, is directed to amend the Exhibits filed in this case within five (5) days of Entry of this Order, which papers filed shall be identical to those filed in Docket Entry #36 except that all personal identifiers shall be redacted, and;

It is further ORDERED that the Clerk of this Court may take all reasonable and appropriate actions to assist with the efficient implementation of the directives and objectives of this Order, and;

Cecil G. Moore, Esquire
710 Denbigh Blvd., Ste. 6C
Newport News, VA  23608
(757) 877-0255
Email:  cecilgmoore@verizon.net

It is further ORDERED that the Clerk of this Court shall deliver copies of this Order to counsel for the Plaintiff and Debtor and the Chapter 13 Trustee listed below, and;

It is further ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

ENTERED: May 8 2013

/s/ Frank J. Santoro
_____
Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON THE
DOCKET: 5/10/2013

I ASK FOR THIS:

/s/ Cecil G. Moore
Cecil G. Moore, Esquire
Counsel for Plaintiff
710 Denbigh Blvd., Ste. 6C
Newport News, VA  23608

SEEN AND AGREED:

/s/ R. Clinton Stackhouse, Jr.
R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Blvd., Ste. 101
Suffolk, VA  23435

Cecil G. Moore, Esquire
Counsel for Plaintiff
710 Denbigh Blvd., Ste. 6C
Newport News, VA  23608
(757) 877-0255

CERTIFICATION

Counsel for Plaintiff certifies that this Order has been endorsed by all necessary parties, i.e., counsel for Plaintiff and the Chapter 13 Trustee.

/s/ Cecil G. Moore
Cecil G. Moore

Cecil G. Moore, Esquire
710 Denbigh Blvd., Ste. 6C
Newport News, VA  23608
(757) 877-0255
Email:  cecilgmoore@verizon.net